# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| REUBEN LYNCH, | CIVIL ACTION FILE NO. |
| Plaintiff, | |
| v. | 1:12-CV-02474 |
| CENTER FOR MEDICINE, ENDOCRINOLOGY, AND DIABETES, LLC, | |
| Defendant. | |

## PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Reuben Lynch, by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii)[1], hereby dismisses this action with prejudice. Plaintiff's stipulation of dismissal is signed by all parties who have appeared.

[Signatures on Following Page]

---

[1] This Rule permits a plaintiff to dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.

**RESPECTFULLY SUBMITTED**:   October 25, 2012

| Prepared by and approved: | Consented to and approved: |
|---|---|
| /s/ Viraj Parmar | /s/ Henry M. Perlowski |
| Viraj Parmar, Esq. | Henry M. Perlowski Esq. |
| GA Bar No. 996884 | GA Bar No. 572393 |
| John L. Mays | Sarina M. Russotto |
| Ga Bar No. 986574 | Georgia Bar No. 621222 |
| **MAYS & KERR LLC** | **ARNALL GOLDEN GREGORY LLP** |
| 229 Peachtree Street | 171 17th Street, N.W. |
| International Tower, Suite 980 | Suite 2100 |
| Atlanta, Georgia  30303 | Atlanta, Georgia 30363-1031 |
| Telephone: (404) 410-7998 | Telephone: (404) 873-8684 |
| Facsimile:  (404) 855-4066 | Facsimile:  (404) 873-8685 |
| Counsel for Plaintiff | Counsel for Defendant |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, counsel hereby certify that the foregoing pleading has been prepared using Times New Roman 14 point font, as approved by Local Rule 5.1C.

**THIS** 25th day of October, 2012

/s/ Viraj Parmar
Viraj Parmar

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REUBEN LYNCH,<br><br>      Plaintiff,<br><br>v.<br><br>CENTER FOR MEDICINE, ENDOCRINOLOGY, AND DIABETES, LLC,<br><br>      Defendant. | CIVIL ACTION FILE NO.<br><br>1:12-CV-02474 |

## CERTIFICATE OF SERVICE

I certify that on October 25, 2012 I delivered the foregoing pleading to all parties of record through the electronic system of the Northern District of Georgia, Atlanta Division.

/s/ Viraj Parmar
Viraj Parmar